AO 91 (Rev. 11/11) Criminal Complaint         AUSA Asheeka Desai (312) 886-2050



FILED
8/14/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER: 25 CR 478 |
| v. | |
| COLIN GRUENKE | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### Count One

Between on or about September 9, 2024, and on or about September 11, 2024, at Deerfield, in the Northern District of Illinois, Eastern Division, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2252A(a)(2)(A) | knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer. |

### Count Two

On or about August 13, 2025, at Deerfield, in the Northern District of Illinois, Eastern Division, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2252A(a)(5)(B) | knowingly possessed material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), such images having been shipped and transported using any means and facility of interstate and foreign commerce, including by computer, and such images having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer. |

This criminal complaint is based upon these facts:

 X  Continued on the attached sheet.

/s/ Henry W. Racke
Henry W. Racke
Special Agent
Homeland Security Investigations

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: August 14, 2025

_Judge's signature_

City and state: Chicago, Illinois

YOUNG B. KIM, U.S. Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, Henry William "Will" Racke, being duly sworn, state as follows:

## I.     INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent with Homeland Security Investigations ("HSI"), where I have been employed since approximately February 2023.

2.     As part of my duties as an HSI Special Agent, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A.[1] As part of my duties as an HSI Special Agent, I have received training in the area of child pornography (as defined in 18 U.S.C. § 2256) and child exploitation, and I have observed and reviewed numerous examples of child pornography in multiple forms of media, including computer media. I have also participated in the execution of multiple federal search warrants, many of which have involved child exploitation and/or child pornography offenses.

---

[1] As used in this affidavit, the term "child pornography" refers to any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(8)(A), or where the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

3.     This affidavit is made in support of a criminal complaint alleging that Colin GRUENKE has committed the offenses of distribution of child pornography, in violation of Title 18, United States Code, Sections 2252A(a)(2)(A), and possession of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(5)(B) (collectively, the "**Subject Offenses**").

4.     The statements in this affidavit are based on my personal knowledge, my training and experience, my review of documents and records related to this investigation, information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts, and the training and experience of other law enforcement personnel. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause to believe that GRUENKE committed the **Subject Offenses**.

## II.     SUMMARY OF FACTS SUPPORTING PROBABLE CAUSE

5.     In summary, and as set forth in more detail below, on or about September 21, 2024, the National Center for Missing and Exploited Children ("NCMEC") received a report from the social networking platform Kik indicating that between approximately September 9, 2024 and September 11, 2024, an individual used a Kik account ("Suspect Account 1") to upload and distribute multiple files of

apparent child pornography.[2] Kik reported that at least one of the child pornography files was uploaded to Suspect Account 1 using the IP address 24.13.149.227 (the "Suspect IP Address"). According to records provided by Kik, the email address associated with Suspect Account 1 was "cgiceman52@msn.com".

6.     On or about September 22, 2024, NCMEC received a second report from Kik indicating that between approximately September 10, 2024 and September 11, 2024, an individual used a second Kik account ("Suspect Account 2") to upload and distribute multiple files of apparent child pornography. Kik reported that at least two of the child pornography files were uploaded to Suspect Account 2 using the Suspect

---

[2]     NCMEC was established in 1984 as a private, nonprofit organization. NCMEC provides services nationwide to families and professionals relating to preventing the abduction and sexual exploitation of children. Pursuant to its mission and congressional authorization, NCMEC operates the CyberTipline and the Child Victim Identification Program to aid law enforcement and others in their efforts to identify and rescue victims of child pornography and child sexual exploitation. NCMEC works with electronic service providers ("ESPs"), electronic payment service providers, and others in their efforts to reduce the distribution of child sexual exploitation images and videos on the Internet.

The NCMEC CyberTipline receives leads regarding suspected crimes of sexual exploitation committed against children from the public, ESPs, and Internet Service Providers ("ISP"). Pursuant to 18 U.S.C. § 2258A, ESPs are required to report apparent child pornography, online enticement, child sex trafficking, sex tourism, extra-familial child sexual molestation, unsolicited obscene material, and misleading domain names, words, or digital images to law enforcement via the CyberTipline. The CyberTipline reporting mechanism assists law enforcement and prosecutors in their detection, investigation, and prosecution of child sexual exploitation crimes by maximizing limited resources available in the fight against child sexual exploitation.

Analysts working for NCMEC continuously analyze reported CyberTips to evaluate reported content, add related information that may be useful to law enforcement, use publicly available search tools to determine the geographic location of the apparent criminal act, and provide all information to the appropriate law enforcement agency for potential investigation. The CyberTipline is operated in partnership with various state and federal law enforcement agencies. NCMEC makes reports of apparent child sexual exploitation available to these law enforcement entities for independent review and analysis.

IP Address. According to Kik, the email address associated with Suspect Account 2 was "cgiceman52@hotmail.com".

7.      According to publicly available information, Comcast administers the Suspect IP Address. Records from Comcast show that the Suspect IP Address was assigned to subscriber Colin GRUENKE at an address on the 1100 block of Waukegan Road in Deerfield, Illinois (the "Gruenke Residence") on the date and time that Suspect Account 1 uploaded the child pornography file to Kik utilizing the Suspect IP Address.

8.      According to a publicly available Illinois state employee salary database, GRUENKE was employed as a Trooper First Class with the Illinois State Police as of May 7, 2025.

9.      On or about August 1, 2025, United States Magistrate Judge Maria Valdez authorized search warrants for GRUENKE's person and the Gruenke Residence (25 M 496 and 25 M 497). On or about August 13, 2025, agents executed the search warrant of GRUENKE's person while GRUENKE was at Illinois State Police offices in Des Plaines, Illinois. Shortly thereafter, agents executed the search warrant at the Gruenke Residence.

10.     At the time agents executed the search of GRUENKE's person, GRUENKE was holding an Apple iPhone in his hand. Agents seized the iPhone and conducted a manual review of its contents. During the manual review, officers discovered thumbnails of deleted screenshots depicting child pornography in the device's "Files" application. Law enforcement recovered the images and were able to

view them once recovered. Upon review, law enforcement observed numerous screenshots of images depicting fully nude prepubescent children with their genitals displayed in a lewd and lascivious manner.

11.     During the execution of the search warrant of the Gruenke Residence, law enforcement seized a flash drive found in a nightstand drawer in the bedroom. Upon review of the flash drive, law enforcement observed approximately 200 video files depicting child pornography, including numerous videos of prepubescent children being sexually abused by adults. During the execution of the search warrant of the Gruenke Residence, law enforcement observed numerous items bearing GRUENKE's name, including prescription medication bottles, a receipt, and mail.

## III.     BACKGROUND INFORMATION

### A.     Kik Messenger

12.     Based upon my training and experience, the training and experience of other law enforcement officers, and publicly available information, I know that Kik Messenger ("Kik") is a mobile application-based communication service owned by MediaLab.ai Inc. and headquartered in Santa Monica, California. Kik's Guide for Law Enforcement describes Kik as a "free smartphone messenger application that lets users connect with their friends and the world around them through chat." Kik is primarily used on smartphone devices, such as Apple iPhones, Android cellphones, Apple iPads, and Android tablets, but Kik can be used on any computing device utilizing an emulator, which makes a computing device look like an Android device.

13.     Kik uses Wi-Fi and cellular networks to send and receive text messages, images, and videos between Kik users, all within the Kik application itself. These communications bypass Short Message Service ("SMS"). Kik also facilitates real-time video chat, which allows users to video chat live with up to five other Kik users at the same time.

14.     Kik offers its users anonymity via usernames. According to Kik's Guide for Law Enforcement, to create a Kik account, a user must provide a first and last name, email address, and birthdate. However, Kik does not verify the information an individual enters, meaning a user can create an account using a fake name, email address, and/or birthdate. Kik does not require a phone number to create an account and uses usernames as account identifiers. A user may choose their own username during the account creation process. Usernames are unique and cannot be replicated. Although each username is unique, Kik users can create multiple accounts under different usernames registered to different email addresses. Once a user has created an account, the user is able to locate other users via a search feature.

15.     Kik users can post and share images and videos with other users on the platform. A Kik user can also send private messages, images, and videos directly to another user in a private individual chat, or the user can chat with many users at the same time in a group chat.

16.     Kik also functions as a cloud service that stores messages, images, videos, documents, and other files so that the user can access his/her data from any

of his/her devices with Kik installed at any time, without having to rely solely on a device's local storage.

17.     Kik typically retains certain transactional information about the creation and use of each account on its systems. This information can include the date on which the account was created, the length of service, records of log-in (i.e., session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account, and other log files that reflect usage of the account. In addition, Kik maintains records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the account at specific dates and times.

18.     Kik's Terms of Service prohibit Kik users from uploading, posting, sending, commenting on, or storing content that contains child pornography and/or child abuse images. The Terms of Service also provide that Kik may review, screen and delete user content at any time if Kik believes use of their services are in violation of the law. According to Kik, Kik has a strong business interest in enforcing their Terms of Service and ensuring that their services are free of illegal content, and in particular, child sexual abuse material. Accordingly, Kik reports that it independently and voluntarily takes steps to monitor and safeguard their platform

and that ridding Kik products and services of child abuse images are critically important to protecting their users, product, brand, and business interests.

**B.  Internet Protocol Addresses**

19.  Based on my knowledge, training, and experience in child exploitation and child pornography investigations, and the experience and training of other law enforcement officers with whom I have had discussions, I know that an internet protocol ("IP") address refers to a unique string of numeric and/or alphanumeric characters used by a computer or other digital device to access the Internet. Every computer or device accessing the Internet must be assigned a unique IP address so that Internet traffic sent from and directed to that computer or device can be directed properly from its source to its destination.

20.  Most Internet Service Providers ("ISP") control a range of IP addresses. IP addresses can be "dynamic," meaning that the ISP assigns a different unique number to a computer or device every time it accesses the Internet. IP addresses might also be "static," if an ISP assigns a user's computer a particular IP address that is used each time the computer accesses the Internet. ISPs typically maintain logs of the subscribers to whom IP addresses are assigned on particular dates and times.

**IV.  FACTS SUPPORTING PROBABLE CAUSE**

**A.  Cook County State's Attorney's Office Investigation**

21.  According to law enforcement, on or about September 21, 2024, NCMEC received a CyberTipline report from Kik under CyberTipline Report Number 199322922. The information reported to NCMEC indicated that between

8

September 9, 2024 and September 11, 2024, an individual used a Kik account with username "dunkaroozzz" ("Suspect Account 1") to share at least 14 media files that were determined by Kik to depict child pornography. Kik included a copy of each reported file in CyberTipline Report Number 199322922. I reviewed each reported file and verified that each file depicted apparent child pornography.

22.     According to Kik, Suspect Account 1 was first registered on September 9, 2024 at 13:42:11 UTC. The email address associated with the account was "cgiceman52@msn.com".

23.     In CyberTipline Report Number 199322922, Kik also provided NCMEC with the login history for Suspect Account 1 between September 9, 2024 at 13:43:14 UTC and September 12, 2024 at 05:05:15 UTC, including the IP addresses associated with each login event. Multiple login events resolved either to T-Mobile cellular networks in the Chicago, Illinois area or to ISPs hosted in foreign countries. Based upon my training and experience, the use of ISPs hosted in foreign countries is consistent with the use of a virtual private network ("VPN") to log into Suspect Account 1.[3]

---

[3] Based upon my training and experience, a VPN creates a secure, encrypted connection over a public network, such as the internet, allowing users to access private networks and resources as if they were directly connected to them. It hides the user's real IP address, which can reveal their location, by routing internet traffic through an external VPN server. These servers are often located in foreign countries. This process makes it appear as though the user is browsing the internet from a different geographic location than their actual location. Additionally, VPNs encrypt all internet traffic, thereby significantly enhancing the user's online privacy and security.

24.    For example, according to the information provided by Kik, there were at least 20 logins to Suspect Account 1 between September 9, 2024 and September 12, 2024 that utilized IP address 146.70.76.106, which resolved to the ISP M247 Europe and geolocated to Tokyo, Japan. Based on my training and experience, I know that M247 Europe is a web hosting provider based in Europe that offers dedicated VPN servers located in countries around the world. Within this same period, there were at least five logins to Suspect Account 1 that utilized IP address 93.177.73.106, which resolved to an M247 Europe IP address geolocated to Frankfurt, Germany. Also, within this same period, there were at least 16 logins to Suspect Account 1 that utilized IP address 24.13.149.227 (the "Suspect IP Address"), which resolved to a Comcast home internet IP address in the general vicinity of Northbrook, Illinois. I know from my training and experience that this login pattern is indicative of a Kik user attempting to conceal his geographic location and association with a residential IP address by utilizing a VPN to login to the application during times when he uploads or sends child pornography.

25.    According to CyberTipline Report Number 199322922, Suspect Account 1 utilized the Suspect IP Address to upload at least one file of apparent child pornography. Specifically, on September 11, 2024 at 22:37:25 UTC, Suspect Account 1 uploaded a filed named "447e5eab-5d3b-4e19-b530-6e75e9df677e.mp4" to Kik. I reviewed this file, which is an approximately 54-second-long video depicting two prepubescent females, approximately 10 to 12 years old, standing fully naked, with

10

their breasts and vaginas exposed to the camera, kissing and touching each other in a sexual way.

26.     As part of a criminal investigation into CyberTipline Report Number 199322922, law enforcement obtained a search warrant issued by a Cook County Circuit Court Judge under warrant number 25SW3237 to obtain the subscriber information for the Comcast subscriber account assigned to the Suspect IP Address on September 11, 2024 at 22:37:25 UTC.[4] Law enforcement received responsive information from Comcast which was reviewed and determined to contain the following information:

- Subscriber Name: Colin GRUENKE

- Service Address: The Gruenke Residence

- Billing Address: The Gruenke Residence

- Telephone Number: XXX-XXX-0575

- Account Status: Active

- IP Assignment: Dynamically Assigned

- E-mail User IDs: cgruenke10

27.     As part of a criminal investigation into CyberTipline Report Number 199322922, law enforcement also obtained a search warrant issued by a Cook County

---

[4] On or about June 9, 2025, I served a federal grand jury subpoena to Comcast requesting subscriber information for the Suspect IP Address from September 8, 2024 at 05:00:00 UTC to the present. Comcast responded that they could not provide records for such a wide date range. On or about June 11, 2025, I served a second subpoena requesting subscriber information for the Suspect IP Address for specific times between September 9, 2024, and September 12, 2024. Comcast advised that they were unable to comply with the subpoena, as they do not retain IP subscriber data beyond 180 days.

Circuit Court Judge under warrant number 25SW3238 to obtain the electronic records and contents of Suspect Account 1 from Kik.

**B.      Review of Kik Records for Suspect Account 1**

28.      On or about April 10, 2025, Kik produced subscriber information, chat logs, IP address history, and media content contained in Suspect Account 1 in response to the search warrant number 25SW3238. According to Kik subscriber records, Suspect Account 1 was registered on September 9, 2024 at 13:42:11 UTC. Additional registration information showed the account was registered using Apple iOS operating system version 17.6.1, indicating the use of an Apple iPhone to create the account. The email address provided by the user was "cgiceman52@msn.com", which Kik's records indicated was an unconfirmed email.

29.      According to Kik subscriber records, on September 12, 2024 at 03:19:15 UTC, Suspect Account 1 was recorded as utilizing the Suspect IP Address, which resolved to a location in "America/Chicago". Less than two hours later, at 05:05:15 UTC, Suspect Account 1 was recorded as utilizing IP address 146.70.76.114, which resolved to "Europe/London." Based on my training and experience, such a rapid shift between IP addresses tied to two different continents strongly suggests the use of a VPN.

30.      A broader review of IP logs provided by Kik further supports this conclusion. According to the IP logs, in less than a seventy-two-hour period, Suspect Account 1 was recorded connecting to Kik through numerous IP addresses in various parts of the world, including Japan, Germany, and the United States. In some

instances, Suspect Account 1 switched from an IP address on one continent to an IP address on another continent within minutes. Based on my training and experience, I know that this pattern of activity is consistent with the use of a VPN to obscure the true geographic origin of the user's internet traffic.

31. In addition to subscriber information, Kik also produced 63 media files that were sent by the user of Suspect Account 1 to other Kik users in private chats between September 9, 2024 and September 24, 2024. Investigators reviewed these files and confirmed that at least 14 of them depicted child pornography. Another 23 files depicted adults engaging in sex acts with animals.

32. Kik also produced transcripts of private chats between the user of Suspect Account 1 and other Kik users that occurred between September 9, 2024 and September 12, 2024. According to the transcripts, the user of Suspect Account 1 sent each of the 14 files depicting child pornography to other Kik users in the context of discussing a desire to rape or sexually assault children as young as one year old.[5] Below is an excerpt of one such chat between the user of Suspect Account 1 and another Kik user ("Account A") on or about September 9, 2024[6]:

---

[5] Other chats discussed a desire to engage in sex acts with animals and a sexual interest in "beast". Based on my training and experience in child pornography investigations, I know that "beast" refers to bestiality, which is a sexual interest in sexual activity between humans and animals.

[6] This affidavit includes quotations from recorded written messages. The language that is quoted from the recorded messages is based upon a preliminary review of the recorded conversations, and not final transcripts. Where either party to the conversation transmits an image or video, I have included descriptions of the images and/or videos transmitted in brackets. The communications summarized in this affidavit do not include reference to all topics covered during the course of the conversations. The summaries also do not include references to all statements made by the speakers on the topics described.

| Date | Sender | Content |
| --- | --- | --- |
| 19:46:03 UTC | Suspect Account 1 | What's your fav age |
| 19:49:26 UTC | Account A | 2-6 |
| 19:49:34 UTC | Account A | nothing better than toddler pussy |
| 19:51:09 UTC | Suspect Account 1 | I've always wanted to see if my cock would fit in 1-3 |
| 19:51:39 UTC | Account A | probably not but I've seen videos of someone raping a toddlers ass and it seemed to work |
| 19:51:49 UTC | Account A | I love it when they cry. It makes my pussy so wet |
| 19:52:52 UTC | Suspect Account 1 | I had a vid of a dad raping his 4 year old daughter as she screamed |
| 19:53:03 UTC | Suspect Account 1 | In her ass though cuz he had a big cock |
| 19:53:12 UTC | Account A | do you still have it? |
| 19:53:16 UTC | Account A | sounds so fucking hot |
| 19:54:20 UTC | Account A | fuck I'm so wet just thinking about it. I love it violenty [sic] when they try to fight back and cry and scream |
| 19:55:33 UTC | Suspect Account 1 | [User of Suspect Account 1 transmits an image depicting a minor female, approximately 7 to 10 years old being orally penetrated by the erect penis of an adult male] |
| 19:55:38 UTC | Suspect Account 1 | My cousin blowing me at 9 |

14

33.     According to IP logs provided by Kik, the above-referenced image was uploaded by the user of Suspect Account 1 while utilizing IP address 146.70.76.106, which resolves to a location in Tokyo, Japan.

34.     Below is an excerpt of messages exchanged between the user of Suspect Account 1 and another Kik user ("Account B") on or about September 11, 2024:

| Date | Sender | Content |
|------|--------|---------|
| 15:57:35 UTC | Suspect Account 1 | I got some good ones |
| 22:30:29 UTC | Account B | O really |
| 22:30:56 UTC | Suspect Account 1 | This one guy spammed me and I had to say stop haha |
| 22:31:04 UTC | Suspect Account 1 | were good though |
| 22:31:05 UTC | Suspect Account 1 | Lol |
| 22:33:15 UTC | Account B | Ahah o ok |
| 22:33:26 UTC | Suspect Account 1 | Horny? |
| 22:33:59 UTC | Account B | A bit |
| 22:37:25 UTC | Suspect Account 1 | [User of Suspect Account 1 transmits a 54-second-long video depicting two prepubescent females, approximately 10 to 12 years old, standing fully naked, with their breasts and vaginas exposed to the camera, kissing and touching each other in a sexual way][7] |
| 22:37:38 UTC | Suspect Account 1 | This was in the mix of garbage |

_____

[7] This video is the same video referenced in paragraph 25 of this affidavit.

35.     The above IP logs provided by Kik show this video was uploaded by the user of Suspect Account 1 while utilizing the Suspect IP Address, which, as outlined above, was assigned to GRUENKE at the Gruenke Residence at the time of the upload.

**C.     HSI Chicago Investigation into GRUENKE**

36.     On or about May 7, 2025, HSI Chicago opened an investigation to determine GRUENKE's involvement in the possession and distribution of child pornography via Kik.

37.     According to the publicly available Illinois state employee salary database, GRUENKE was employed as a Trooper First Class with the Illinois State Police as of May 7, 2025.

38.     During further review of Kik records, I observed that in several chats with other Kik users, the user of Suspect Account 1 provided biographic information consistent with GRUENKE'S identity. For example, in a chat with a Kik user ("Account C") on or about September 9, 2024 (the same day as one of distributions of child pornography outlined above), the user of Suspect Account 1 stated that he was 37 years old. According to the date of birth listed on GRUENKE's Illinois driver's license, that was GRUENKE's true age on that date.[8] That same day, in a Kik group chat, the user of the Suspect Account 1 introduced himself with "37/m/USA Midwest," which is consistent with GRUENKE's true age, gender, and residence in Illinois.

---

[8] The user of Suspect Account 1 told five different Kik users that he was 37 years old on September 9, 2024.

39.     HSI Chicago analysts queried the term "cgiceman52," the username component of the email address associated with Suspect Account 1, in the Internet Crimes Against Children ("ICAC") Data System to determine if it was connected to other online child pornography cases. The deconfliction query returned NCMEC CyberTipline Report Number 199340172, which was submitted by Kik on or about September 22, 2024.

**D.     CyberTipline Report Number 199340172**

40.     The information reported to NCMEC in CyberTipline Report Number 199340172 indicated that between September 10, 2024 and September 11, 2024, an individual used a Kik account ("Suspect Account 2") to share at least 23 media files which were suspected by Kik to depict child pornography. Kik included a copy of each reported file in CyberTipline Report Number 199340172. I reviewed each reported file and determined that at least 15 files depicted apparent child pornography,

41.     According to Kik, Suspect Account 2 was first registered on September 10, 2024 at 01:15:14 UTC, approximately 12 hours after Suspect Account 1 was registered. The username associated with Suspect Account 2 was "bulldozermcgee" and the email address associated with the account was "cgiceman52@hotmail.com".

42.     In CyberTipline Report Number 199340172, Kik provided NCMEC with the login history for Suspect Account 2 between September 10, 2024 at 08:12:51 UTC and September 11, 2024 at 10:33:34 UTC, including the IP addresses associated with each login event. Similar to the login events recorded for Suspect Account 1, multiple login events for Suspect Account 2 resolved to cellular networks in the Chicago,

Illinois area or to ISPs hosted in foreign countries, indicating the use of a VPN to log into Suspect Account 2.

43.     According to the Kik login history data, there were at least 35 logins to Suspect Account 2 between September 10, 2024 and September 11, 2024 that utilized the Suspect IP Address, which, as outlined above, was assigned to GRUENKE at the Gruenke Residence on September 11, 2024 at 22:37:25 UTC.

44.     Moreover, according to CyberTipline Report Number 199340172, Suspect Account 2 utilized the Suspect IP Address to upload at least two files of apparent child pornography.

45.     Specifically, on or about September 11, 2024 at 03:40:06 UTC, Suspect Account 2 uploaded a file named "99834fac-9841-43b4-bc1e-edffa2b49c15.jpg" to Kik. I reviewed this file, which is an image depicting a minor female, approximately 7 to 10 years old being orally penetrated by the erect penis of an adult male. This image is the same image that the user of Suspect Account 1 transmitted to Account A on or about September 9, 2024 at 19:55:33 UTC, as described in paragraph 32 of this affidavit.

46.     Additionally, on or about September 11, 2024 at 03:47:59 UTC, Suspect Account 2 uploaded a file named "f0a300d4-0115-4089-a177-fd61a86e81e7.jpg" to Kik. I reviewed this file, which is an image depicting a minor female, approximately 4 to 6 years old lying on her back while fully naked, being vaginally penetrated by the erect penis of an adult male.

47.     I conducted additional open-source internet searches to identify any connection between GRUENKE and the term "cgiceman52." I located three ice hockey-related websites referencing the name "Colin Gruenke." The first was a 2010 team records page for an adult hockey league in Northbrook, Illinois, listing "Colin Gruenke" as a player with a two-game point streak.[9] The second detailed a junior hockey league game on February 21, 2010, listing "Colin Gruenke" as the referee.[10] The third was a digitized newsletter from the Amateur Hockey Association of Illinois dated March 28, 2018, which recognized officials who worked the 2018 Illinois State High School Hockey Championship. A photograph accompanying the article showed four men dressed in hockey referee uniforms, including one identified as "Colin Gruenke" in the caption.[11] One of the men in the photograph closely resembles GRUENKE, as depicted in his Illinois driver's license photograph. Based on this information, it appears that the term "cgiceman52" may be a reference to GRUENKE's initials (CG) and his involvement in the sport of ice hockey.

48.     Based on my training and experience, individuals involved in the online distribution of child pornography commonly use multiple accounts on the same platform to evade detection by law enforcement or as backups in case of account suspension by the service provider.

---

[9] *See* https://pointstreak.com/players/players-division-records.html?divisionid=37342&seasonid=5713.

[10] *See* https://mobile.pointstreak.com/prostats/boxscore.html?gameid=1039134.

[11] *See* https://myemail.constantcontact.com/Thank-You--Chicago-Blackhawks--.html?soid=1112108879184&aid=yn_HsOk_PL4.

49.     On or about May 12, 2025, I requested subscriber information for the email account cgiceman52@hotmail.com, which is associated with Suspect Account 2. According to Microsoft, there was no such user and therefore, no responsive data available to disclose.

50.     On or about May 28, 2025, I requested subscriber information for the email account cgiceman52@msn.com, which is associated with Suspect Account 1. According to Microsoft, this account was first registered on November 3, 2001. Although no last name was listed on the account, the first name was listed as the initial "C." The date of birth for the account holder listed is the same date of birth listed on GRUENKE'S Illinois driver's license.

### E.     Surveillance of the Gruenke Residence

51.     On or about May 9, 2025, I conducted surveillance in the vicinity of the Gruenke Residence. While driving through the parking lot of the apartment complex containing the Gruenke Residence, I observed a white Ford F-150 pickup truck bearing Illinois license plate BEEFUS, which is registered to GRUENKE ("Gruenke Vehicle 1").[12] A marked Illinois State Police squad car was parked next to Gruenke Vehicle 1.

52.     According to a law enforcement report, on or about July 10, 2025, a law enforcement officer conducted surveillance in the vicinity of the Gruenke Residence. Shortly after arriving at the parking lot of the apartment complex, the officer

---

[12] The Gruenke Residence is located inside a multi-unit apartment building. The building is one of four similar structures in the entire apartment complex.

observed Gruenke Vehicle 1 pull into the parking lot and park next to an Illinois State Police marked squad car. The officer observed that the driver of the pickup truck closely resembled GRUENKE, as depicted in his Illinois driver's license photograph.

53.     According to a law enforcement report, the officer approached GRUENKE and said hello to him. The officer told GRUENKE that police were flagged down by a concerned neighbor because there was a loose dog running around the area. The officer continued talking to GRUENKE and asked him where he resided. GRUENKE pointed to the second floor of one of the buildings. GRUENKE further stated that he lived alone.

54.     On or about July 23, 2025, I conducted surveillance in the vicinity of the Grunke Residence. During my surveillance, I looked through the window on the left side of the main entrance door of the building that had been identified by GRUENKE and observed a mailbox mounted to the wall inside the foyer. The mailbox contained four individual mail slots labeled with unit numbers. The name GRUENKE was affixed below the mail slot associated with the Gruenke Residence.

55.     On or about July 25, 2025, I served a federal grand jury subpoena to Amazon.com requesting, among other things, subscriber information, address history, payment information, and order history, including IP address information, for subscriber Colin GRUENKE associated with the Gruenke Residence. According to address history records provided by Amazon.com, GRUENKE created a shipping address at the address of the Gruenke Residence on June 28, 2022. According to order

21

history records provided by Amazon.com, at 01:05:24 UTC on January 26, 2025, GRUENKE placed an Amazon.com order utilizing the Suspect IP Address.

**F.     August 13, 2025 Search of the Person of Colin GRUENKE and the Gruenke Residence**

56.     Based on my knowledge of the investigation and HSI records and reports, on or about August 1, 2025, the government applied for and obtained warrants from United States Magistrate Judge Maria Valdez of the Northern District of Illinois, to search the person of Colin GRUENKE, *see* 25 M 496, and the Gruenke Residence, *see* 25 M 497.

57.     On or about August 13, 2025, law enforcement officers executed the warrant for the Gruenke Residence. Officers also executed the warrant for GRUENKE'S person, which was executed at Illinois State Police offices located in Des Plaines, Illinois.

58.     At approximately 10:00 a.m. on or about August 13, 2025, officers approached GRUENKE at the Illinois State Police offices and informed him of the search warrant authorizing the seizure and search of electronic devices on his person. At that time, GRUENKE was holding an Apple iPhone 17 in his hand (the "iPhone"), which he subsequently turned over to law enforcement.

59.     Officers conducted a manual review of the iPhone on scene at the Illinois State Police offices. During the manual review of the iPhone, officers discovered thumbnails of deleted screenshots depicting child pornography in the iPhone's "Files" application. Officers attempted to open the thumbnail images but were unable to do so because they had been deleted. Officers then recovered the images and were able

22

to view them once recovered. After officers recovered the screenshots, I reviewed them and observed numerous screenshots of child pornography images from approximately June 2025. Specifically, I observed numerous images depicting fully nude prepubescent children with their genitals displayed in a lewd and lascivious manner.

60.     I further observed that the iPhone username in the settings menu was "CG," which are GRUENKE's initials. Additionally, I observed that the Gmail account "cgruenke10@gmail.com" was synced with the iPhone. According to Comcast records, the email user ID associated with GRUENKE's Comcast account at the Gruenke Residence is "cgruenke10".

61.     At approximately 10:50 a.m., HSI agents executed the search warrant at the Gruenke Residence. Inside the Gruenke Residence, agents observed Illinois State Police uniforms and clothing consistent with GRUENKE's current employment as an Illinois State Police Trooper. Throughout the Gruenke Residence, agents observed prescription medication bottles bearing GRUENKE's name, a dry-cleaning receipt bearing GRUENKE's name, and mail addressed to GRUENKE at an address owned by an immediate family member of GRUENKE. During the search, agents did not observe clothing suggesting any person besides GRUENKE resides at the Gruenke Residence. Agents also did not observe mail addressed to any person besides GRUENKE, or documents indicating any other person lived at the Gruenke Residence. These observations are consistent with GRUENKE's statement to police on or about July 10, 2025 that he lived at the Gruenke Residence alone.

62.     During the search of the Gruenke Residence, HSI agents located a

Sandisk Cruzer 16-gigabyte flash drive inside a nightstand drawer in the bedroom. Upon reviewing the flash drive's contents, agents observed that the flash drive contained a folder labeled "File History." Within this folder, agents located a subfolder labeled "colin.gruenke@illinois.gov". Inside that folder, agents observed two subfolders, each with a last modified date of on or about January 24, 2024.[13]

63.    Agents also observed approximately 200 video files depicting child pornography within a folder labeled "DIVX" on the flash drive, including numerous videos of prepubescent children being sexually abused by adults.

64.    Specifically, agents observed a file named "pedo-9yr_isabel_rca_(Pthc) 9Yo Isabel Sucks Dad's Dick On Webcam (9).mpg", which is an approximately 1 minute and 8 second long video depicting a prepubescent female child being orally penetrated by an erect male penis. The video further depicts the adult male pulling the child's hair back with his hand while penetrating her mouth with his penis.

---

[13]    Upon reviewing the flash drive's contents, agents also observed that the flash drive was labeled with the last name of Individual C. The flash drive contained documents bearing Individual C's name. Individual C is currently employed as a state trooper by the Illinois State Police. A forensic analysis of the flash drive revealed that, among the documents containing Individual C's name, the most recently modified file was last updated on or about January 14, 2022.

On or about August 13, 2025, HSI agents interviewed Individual C. When asked why a flash drive containing his personal documents would be located at GRUENKE's residence, Individual C explained that GRUENKE may have obtained the flash drive after Individual C was involved in a car accident in 2023 and asked GRUENKE to retrieve his bag from the vehicle. According to Individual C, GRUENKE did retrieve Individual C's bag from the vehicle and kept it until approximately July 2024. Individual C further stated that he worked with GRUENKE until 2023 and that they may have shared a flash drive to transfer case reports. Individual C indicated he kept some personal documents on the flash drive, including, among other documents, a copy of his social security card, resume, and background clearance paperwork. These documents are consistent with the documents agents located on the flash drive during the forensic review.

65.    Agents also observed a file named "Preview-T-175755264-Pedo (Pthc) - Compilation Cumshots, Creampies (Hussyfan) (Pthc) (r@ygold) (babyshivid).mpg", which is an approximately 45-minute-long video depicting a compilation of numerous videos depicting adult males ejaculating on the faces of prepubescent minor females. A forensic analysis of this file revealed that the file had been transferred to or from the flash drive from a computer with the file path: "C:/Users/CG/desktop/alaska/yo/t-175755264-pedo (pthc) - Compilation Cumshots, Creampies (Hussyfan) (Pthc) (r@ygold) (babyshivid).mpg". Of note, the username in the file path, "CG," contains GRUENKE's initials.

66.    Agents also observed a file named "T-7300018- STICKAM Britney 9yo-With Dog $$.avi", which is an approximately 3 minute and 54-second-long video depicting a prepubescent female child pulling down her pants and lying on a couch with her genitals exposed. The video further depicts a dog getting on the couch and licking the child's vagina.[14]

## V.    CONCLUSION

67.    Based on the above information, I respectfully submit that there is probable cause to believe that between on or about September 9, 2024, and on or

---

[14] When reviewing the records produced by Kik for Suspect Account 1, law enforcement observed 23 files depicting acts of bestiality consistent with the depictions in this specific video. Additionally, numerous private chats sent by the user of Suspect Account 1 to other Kik users referenced an interest in sex acts with animals. For example, on or about September 9, 2024 at approximately 21:59:41 UTC, the user of Suspect Account 1 sent a message to Account A stating, "I wanna rape you with lots of daddy cock and dog cock and horse cock and pig! If you haven't seen it it's kinda cool". Approximately 25 minutes later, the user of Suspect Account 1 sent another message to Account A stating, "I wanna see, I love seeing girls and guys suck dog and horse cock".

about September 11, 2024, at Deerfield, in the Northern District of Illinois, Eastern Division, COLIN GRUENKE knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

68.     Based upon the foregoing, I further believe that there is probable cause to believe that on or about August 13, 2025, at Deerfield, in the Northern District of Illinois, Eastern Division, COLIN GRUENKE knowingly possessed material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), such images having been shipped and transported using any means and facility of interstate and foreign commerce, including by computer, and such images having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(5)(B).

FURTHER AFFIANT SAYETH NOT.

*/s/ Henry W. Racke*
HENRY W. RACKE
Special Agent
Homeland Security Investigations

SWORN TO AND AFFIRMED by telephone August 14, 2025.

Honorable YOUNG B. KIM
United States Magistrate Judge

26